Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
718-547-9675

UNITED STATES COURT OF THE

_____SOUTHERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| LUCIO CELLI,<br><br>Petitioner,<br><br>vs.<br><br>AG GARLAND AND THE AUSA OF YOUR DISTRICT[1]<br>_____<br>JUDGE ENGELMAYER,[2] JUDGE SWAIN,[3] JUDGE LIVINGSTON,[4] JUDICIAL SEIBEL[5], AG GARLAN[6], AUSAS OF EDNY, NEPHEW [7]Officer Probation (Cudina, Sparks, Lombardo, MS. WEINRAUCH), FEDERAL DEFENDER, US MARSHALS, MS. KELLAMAN, MR. PEREZ RANDI WIENGARTEN, JUDGE COGAN[8], SANTANA, MYSLIWIEC, AND MR. SILVERMAN | Case No.:<br><br>JURY |

1. The AUSAS and all of my lawyers need to be disbarred for knowingly helping and conspiring with Randi and Cogan with their criminal scheme to deprive of every fucking right known for a fair trial …every fucking AUSAs knew and Engelmayer aided them and Wolfe covered it up

---

[1] Prosecutorial Immunity and only issue summons these both people and no one below the line
[2] Judicial Immunity from Oct. 16, 2020 to April 5, 2021, but Judge Engelmayer lost judicial immunity/capacity when he practiced law on April 6, 2020—but whomever is assign will decide ultimately
[3] Judicial Immunity
[4] Judicial Immunity
[5] Judicial Immunity
[6] Prosecutorial Immunity
[7] Prosecutorial Immunity
[8] No judicial immunity because he was a victim tht colluded with Mr. Silverman to deprive me a fair trial

JURY - 1

2. Wolfe needs to be removed from civil service because she laughed that she would get away with it
3. All judges have an audio of Wolfe lying about my right to en banc
4. Wolfe deprived me the right to inform judges of Engelmayer's criminal conduct, as EVERY FUCKING AUSAs couldn't believe what Engelmayer was allowing
5. ENGELMAYER and WOLFE (circa 2008) took a bribed
6. Engelmayer, Livingston, Peace, and Wolfe were bribed to allow Randi and Cogan to deprive of EVERY SINGLE FUCKING to a fair trail with 80 AUSAs couldn't believe that obvious crimes were being ignored and to ignore the facts
7. Wolfe was fucking CAUGHT saying that Perez and Karamigios were committing a crime but either she hid and lied to the judges and panel but if anyone looks at the transcripts…anyone moron could see what I have 80 AUSAs saying to me
8. Engelmayer didn't any AUSAs to say what my lawyers were doing was wrong but he took it upon himself to coverup their criminal conduct
9. Engelmayer -You Honor has deprived me of any single right that is known to make a fair trial or hearing, a biased judge is a structural error. There is evidence of you told people not to perform their job as means to place me in jail or deprive of employment, wages, and retirement benefits because Randi bribed you.
10.
11. If Your Honor had any integrity, but you don't have stayed on to get your cash money from Randi and to control how Kellman admitted to conspiring with you, you would consider the appearance, but you know it is BEYOND appearance but actual criminal conduct on your part for Randi Weingarten with the support of Peace (Schumer)
12.
13.
14. 1-No violations occurred, as Engelmayer had Kellman not present evidence of the transcripts that shows no violation occurred
15. 2-SIlvlerman said that he told Lombardo that no violation occurred and told me that he and Karamigios had the same conversation because they both agreed that I followed the same Engelmayer told me
16. 3-Kararmigios had Lombardo say under oath that I had to follow what Silverman said
17. 4-Cudina said that she had to write that there was violation and to speak to Engelmayer because he didn't want me to enforce his order and wanted me to be without a job with a cab driver and passenger as my witnesses
18. 5-Mysliwiec and Karamigios have not corrected their criminal conduct of depriving me liberty
19. 6-Randi with the UFT, Livingston, Wolfe, Peace, Engelmayer, Cogan and Schumer all planned to retaliate against me for exposing their criminal conspiracy by depriving HIV meds for over a month and now I have HIV drug resistance
20. 7-Had Dr. Wentowski write that I merely associate everything with Randi
21. 8-Bensing or Karamigios (the transcript will say whom)

JURY - 2

22. 9-Livingston, Engelmayer, Wolfe, Randi and Cogan planned on how to deprive me of my rights at the appeal, as the transcript and evidence are clear that no violations occurred and Cogan and Randi interfered in my lawyers
23. 10-Wolfe and Livingston have personal knowledge and evidence of Engelmayer's criminal conduct for Randi and Cogan
24. 11-I am assuming that Livingston lied to Justice Roberts to cover up Engelmayer, Randi and Cogan because Wofle said that she will get away with it, as I kept sending my. Complains to Admin and Oversight and they must send it to Dishonorable Livingston—I believe Wolfe, like she loves that cash money from Randi …because no one looks back, if they look back they will see the what 80 AUSAs said were obvious crimes
25. 12-Engelmayer took bribe to treat like an animal as over 300 crimes were committed against me –wages, retirements, liberty, fair trial with all the rights that make a fair trial --and rob my parents of money to cover his conspiracy with Kellman, Randi, Cogan
26. 13-Engelmaeyr was bribed to obstruct justice because he didn't allow me to create a record, as he kept on saying ..I don't want to hear from you or you said enough and I don't have time for this
27. 14-Engelmayer is a man of his word, he promised that I will not receive justice in his courtroom because he took a bribe from Randi to cover up her criminal conduct under 241
28. 
29. There were never any violations and they were all fabricated with Engelmayer knowing and ignoring the fact that he had Lombardo and Cudina write false report
30. 200k was stolen from me, see Blassman and transcript
31. HIV placed on a nonprofit blog
32. Karamigious, Peace, and Bensing with other at AUSAs of EDNY have an obligation to inform the court that perjured documents and testimony were used to obtain any conviction
33. Randi and Cogan paid Engelmayer and the AUSAs to ignore their criminal interference in my legal representation and hid the audios of my lawyers
34. Kellman admitted that Engelmayer told her not to present evidence
35. The transcripts prove that I followed the way Engelmayer
36. Engelmayer stopped me from presenting evidence
37. Silverman admitted to conspiring with Randi and Cogan
38. Bensing/Karamigios lied, as the interactions between Randi and I on Bharara's email
39. Lombardo perjured himself, as Silverman is audio recorded saying that he told Lombardo this
40. Mysliwiec didn't do his job, as Cudina perjured herself because I was allowed to email Engelmayer my motions
41. Wolfe said that cash is good and no one looks back

JURY - 3

42. Over 300 crimes were fucked committed against and wolfe was paid to enter decision
43. Muchy told me to get over it and audio was sent out to every judge
44. How many times is she going to be allowed to commit the same fucking crime
45. Schumer and Randi bribed MyAvy with providing his pedo with any advantage to distort and enter a decision for Randi
46. Wolfe, Livingston, Engelmayer, Schumer, Cogan and Randi with the UFT deprived of HIV meds to retaliate against me because I exposed for being lowlife
47. Wolfe lied to me about en banc and said that she will not process my en banc or anything and will get away with it
48. Wolfe helped to cover up how my illegal detention was preplanned by Randi and Cogan, as she illegally entered a decision because Randi and Cogan want to get away with depriving of EVERY FUCKING to a fair trial
49. 80 FUCKING AUSAs said crimes were committed against and no judge would ignore
50. Not only did Engelmayer ignore but he supported the criminal conduct by actively obstructing justice so that Randi and Cogan could evade prosecution and civil suit via 42 USC § 1985
51. The evidence is clear either wolfe entered a decision or lied to the judgesd about facts to cover Engelmayer's criminal conduct of depriving of liberty without due process because he wants to get away 45 crimes against me for helping Randi and Cogan interfere with my legal representation
52. AUSAs has the audios of Silverman and Kellman, which they hid because Peace took a fucking bribe from Randi
53. Wolfe knowingly entered a decision that cannot be supported by the transcripts because she took a bribe from Randi
54. Wolfe covered up exposure of HIV by not placing my brief
55. Wolfe has strong bias against because Randi has been bribing her since 2008
56. I bring this action as injunction of being placed in FMC because Judge, illegally because, according to Judge Engelmayer, "it was planned this way" and Ms. Kellman said, "the judge told me to make sure you are placed in a mental institution with the Judge Engelmayer saying, "I called Ms. Kellman especially for you."
57. Judge Engelmayer said, "you will never receive justice here" on April 6, 2021
58. Judge Engelmayer planned it with the helped of Ms. Kellman and other judges
59. To stop Sen. Schumer from helping to cover up the crimes of Judge Engelmayer, Judge Cogan
60. Cogan and Randi had Silverman intimidate my mother & brother, "if you continue contact AUSA Amundson, he'll have you arrested."

JURY - 4

61. To vacate the decisions of Judge Cooper, Judge Swain and Judge Siebel, as they cover up Judge Engelmayer's criminal conduct and, especially now that he said he planned it this way because they are valid petition to show that I was denied a fair trial, and Mr. Perez is covering up edited transcripts, the intimidation and the structural errors claims because he is colluding with Judge Engelmayer because he said, "it was planned this way"
62. For the AUSA of EDNY and DOJ, in general, to provide me with equal protections of the laws, as my lawyers keep on committing crimes, and they admit who they did it for, against me as means to deprive me a fair hearing or fair trail
63. See the attachment for other allegations and lawsuits
64. But those who have immunity, I seek only an injunction for them to provide me equal protection of the laws
65. I am entitled to a new hearing before my liberty is taken on June 24, 2022 and before an unbiased judge, who is trying to cover his misconduct up—according to Ms. Kellman
66. I am entitled to a counsel who does not undermine me
67. Over 90 AUSA know that Ms. Kellman, Judge Engelmayer, Mr. Silverman, AUSA Karamigious, Officer Lombardo with his supervisor, deprived me a fair hearing and presented false report
68. According to Ms. Kellman, Judge Engelmayer told her that he needs to discredit me and cover up what he did to, which is why Mr. Perez wrote brief the way that he did, after court on May 4, 2022, and this was done with the help Judge Seibel because I told her that Mr. Perez was covering up what Judge Engelmayer and Mr. Silverman did to me.
69. Many of the DOJ personnel said that my rights were being taken for Randi Weingarten and that she someone fixing cases against you
70. Sen. Schumer has repeatedly said, "Randi is like a sister to me"
71. Betsy Combier played me an audio recording of Randi Weingarten paying Judge Marrero (Schumer) received $10,000 dollars to hide Randi Weingarten's misconduct in c Case No. 1:08-cv-00548-VM-AJP and caption was called Teacher4action v. Bloomberg et al, therefore the assumption that this judge received the same payment to help hide Randi Weingarten's conduct because EVERYONE, EVERYONE outside the 2d. Cir. knew Randi Weingarten and Judge Cogan committed crimes and that the AUSAs of EDNY were helping .
72. Except for Judge Cooper, all judges that I have had were recommended by Sen. Schumer

JURY - 5

   a. Judge Engelmayer lied about his association and called me stupid and crazy
   b. Judge Donnelly lied at first, but once I reminded her of thier duagthers going to school together, then her memory came back
   c. Judge Swain, she ignored the question
   d. Judge Seibel and Judge Matsumoto, they ignored the fact that Sen. Schumer was listed and Judge Matsumoto was told about recusal
   e. Judge Brodie, Judge Livingston, etc, they did not state their asscocation
73. Judge Matsumoto and AUSA Karamigious, they still need to collect taxes from Betsy Combier because it is not a judicial act or prosecutorial act but a ministerial act—no discretion
74. Only last count applies

| Supposed violation | The truth with audios were sent to every single AUSA in the country prior to May 4, 2022—the statements below should appear on the transcripts, if Judge Engelmayer did not edit them, since he has that dirty habit |
|---|---|
| I informed Judge Engelmayer that I would place a rule 60, under Full and Fair Credit Clause before Judge Cogan<br>    A. Judge Cogan wrote the briefs that the arbitrator quoted<br>    B. Judge Cogan negotiated the CBA for the UFT, while at Strook for over20 years | A. I told Judge Engelmayer on Dec. 1. 2021 with Full and Fair Credit Clause with facts of Judge Cogan's knowledge"<br>B. The judge approved that I could file under terms explained<br>C. Mr. Silverman viewed for threats, and he said they had none |

| | |
|---|---|
| C. Both Judge Engelmayer and AUSA Karamigious said I had no business on a close docket | D. The top Court of NYC state that arbitration are enforceable |
| I informed Judge Engelmayer that I would place a rule 60, under Full and Fair Credit Clause before Judge Matsumoto<br>  A. Both Judge Engelmayer and AUSA Karamigious said I had no business on a close docket<br>  B. And the judge wrote that she would not accept any more filings in this case | A. I told Judge Engelmayer on Dec. 1. 2021 with Full and Fair Credit Clause because the court below the top Court of NYC said verbal contract written in an email are enforceable<br>B. I informed the judge that the judge would have to guess how the top court would rule<br>C. I explained that, which Judge Engelmayer and the AUSAs know too, that Betsy misuses her 503(b) nonprofit foundation for the for profit paralegal business, which the evidence is on Judge Engelmayer's docket and Judge Matsumot's docket<br>D. I told both judges that the collection of taxes is not a judicial act or a prosecutorial act, but a ministerial act that provides no discretion |

JURY - 7

| I told Mr. Silverman did not file my criminal complaints<br>A. Judge Engelmayer said, I don't care<br>B. I told Mr. Lombardo not to write what Mr. Silverman did, as means to protect him | Audio sent to Ms. Kopplin of the Senate Ethics Committee, Mr. Lombardo and is supervisors, and Mr. Amundson |
|---|---|

1. March 8, 2022, Judge Engelmayer informed me that he called Ms. Kellman, Esq. and told her why he needed her for this case—remember audio sent to everyone
2. On or around March 15, 2022, Ms. Kellman told me and Ms. Nephew what the judge wanted her to do, which was make sure that I get placed in a mental institution—this was NEVER said by Judge Engelmayer in front of me because I have it audio recorded and all AUSAs have the same audio. **THERFORE**, this instruction came from Judge Engelmayer well they spoke on the phone prior March 8, 2022—I was not told the date they spoke
3. I informed Mr. Lombardo with his supervisors, Ms. Kopplin, Mr. Amundson about the transcripts because Judge Engelmayer explained them.  See Exhibit B
4. On May 4, 2022, Judge Engelmayer said, "everything was planned this way," which he made him appear happy
5. On May 4, 2022, Ms. Kellman, in front of Mr. Silverman, said, "I committed misconduct, I can't do anything about it because the judge knows too because, as you see, he knew that the AUSA and officer committed misconduct, as he said "it was planned this way.

JURY - 8

| | |
|---|---|
| 6. I asked Judge Engelmayer about Mr. Silverman's statement of not doing his job for Randi Weingarten and Officer Lombardo, I told him not to write about Mr. Silverman and you should understand by now, I have been protecting him too | |
| Violation Hearing | |
| On May 17, 2022, my brother emailed the following: (their lack of action is what Judge Engelmayer said was part of the plan)<br><br>    Lastly…are you going to tell the judge that the AUSAs and Ms. Kopplin have the audio recording of you telling me that you did not read the email that contained everything that you needed to review and obtain for the violation hearing? Or you telling me that the judge told you not to do anything—as he NEVER said this in front of me and …I know you are not going to tell the judge this, for sure, but you are required to tell the judge because the fact is, they have the audios of you and I speaking and your misconduct caused my situation—as you allowed the government to use a false report, perjury, use the transcript/audio of July 20th and did not witness to support that I did submit the filings in | |

JURY - 9

the manner in which Judge Engelmayer explained on July 20, 2022

On June 2, 2022, I wrote to Ms. Kellman and Mr. Lombardo (their lack of action is what Judge Engelmayer said was his plan)

(**everyone is responsible, but Ms. Kellman is especially responsible for making this happen**) I have asked to appear in court to present my audios sent to AUSAs to create a record of Ms. Kellman's misconduct—which the root of my distrust, according to AUSA Shaw—withholding information that maintained my liberty is a crime, which is what she said about MR. Silverman, the fact that Officer Lombardo with his Supervisor Ms. Weinrauch wrote a false report—which is a denial of due process and Ms. Kellman knows this with her 40approved  years of experience.

**Please Take Notice**, it appears that this is not the first time that the judge and Ms. Kellman pulled this move. Where did not NOTHING, does

JURY - 10

answer the defendant, and does what judge told her what to do.—Ms. Kellman remembers the name because she was sued but it was dismissed

**Please Take Notice**, these were all sent to AUSAs

1. Judge Engelmayer said, "I called Ms. Kellman myself to represent you." On March 8, 20022

2. Ms. Kellman said, "the judge told me only do what I had to do to make sure that you are placed in a mental institution for mental health" I have to check the date but it occurred between March 8, and March 22 and Ms. Nephew was on the call

3. May 4, 2022 Ms. Kellman said, in front of Mr. Silverman, I committed misconduct and I judge knows it and there's nothing I can do it. (not sent to anyone)


**To Mr. Silverman**, it's been over two weeks—did you clear the document for threats or file a complaint against Ms. Kellman because she KNOWINGLY screwed me over, lied to the judge, and for being a NASTY human. I need you to write to the judge and tell him that I do not trust Ms. Kellman, for cause, because she was not prepared and intentionally screwed me over because,

JURY - 11

according to her, the judge told her to do nothing but placed in a mental institution

**To Mr. Lombardo,** did you approve me using the internet on June 13 because that is what I was told today by my NYSUT attorney, which I forgot to ask you today? Or tell the  judge of Ms. Kellman not putting in that I do not trust her, I prefer a crackhead than her…I can forgive a crackhead for lying and screwing me over intentionally

**To Ms. Weinrauch, please inform the judge that I do not trust Ms. Kellman and the fact 94 plus AUSAs knows of your misconduct, that you approved a false report, aided Mr. Silverman by not reporting what he did, as it was sent to you, MS. Kopplin, and Mr. Amundson or the miscount of Ms. Kellman…the AUSAs have the knowledge which I provided you case law**

**To Mr. Perez, you have not answered question to appeal the decision, which I can and provide them with audios sent to AUSAs because there is an audio that contains proof that of what the judge did to edit because it relates to 28 USC § 454**


**Below is the letter sent over a week ago and issues that Ms.**

JURY - 12

**Kellman does not address because she is KNOWINGLY committing a crime.**

I have asked you to file a items to protect me

I told you that I do not trust you and I requested a hearing so that I can present that you were prepared on any date and you treated me like shit, as 94 AUSAs have this evident with the lies that you told me;

94 AUSAs know of your misconduct and that of the government.

I do not trust you 94, a crackhead can be trusted

Mr. Lombardo and Ms. Winrauch..I need you set up a meeting with the judge, so that I could call 94 AUSAs because they know of Ms. Kellman's criminal conduct and dthe government committed perjury, 94 AUSAs KNOW that Judge Engelmayer allowed it …please see the case law below because it is not what Mr. Silverman wrote but what the judge told me on July 20, 2021—which is what I referenced numerous times

There are filings like mandamus to correct the fact that the judge lallowed perjury, he there is an appearance of collusion between the Ms. Kellma and the judge and allowed Kellman to commit a crime and not be prepared for May 4—which I have audios

I appreciate the response towards my inquiry on medication. If the issue is me bringing the medication to the FMC, then I am ok with it. However, I brought my, medication on the day that I was arrested, on Nov 14, 2018, and I did not receive my medication for 5 days because MDC Brooklyn had to figure out what medication I required, so I have a little anxiety over this issue. They sent my medication home with my clothes and shoes, following my illegal detention and this was when I arrived at MDC Brooklyn, as the US Marshals gave me my medication while I waited for arraignment, at EDNY courthouse.

JURY - 14

> What about the issues below, as I would like them to be included in the letter to the judge this Friday—are you going to include them?

> I only had a detention hearing probable cause hearing, please
> I cannot go further with you b
> you intentionally excluded evi
> that there is a breakdown in c
> communication and ignore my ri

> Because there are documents th
> the 60 days are over and I kno

> You have done enough damage to
> I cannot find the Supreme Cour
> you and all AUSAs that you are
> Engelmayer explained the speci
> 2021. The way Mr. Silverman w
> government presented, but you

> On remand, the district court
> judgment conforms with its ora
> States v. Bates, 213 F.3d 1336
> sentence pronounced orally and
> the written order of judgment,

> United States v. Perkins, 935
> (explaining a condition may be
> factors)

> As I said perjury and subornat
> government

JURY - 15

Please motion the judge to have all my sessions with the psychiatrist/psychologist be videoed, as means to have an independent psychiatrist/psychologist to review their findings—if necessary.

I know I saw this either in a statute or case law from the Supreme Court or both

Independent Evaluation for sentencing before or after Bunter or whatever FMC that I am sent too

18 USC § 3006

**(e) Services Other Than Counsel.—**

**(1) Upon Request.—**

Counsel for a person who is financially unable to obtain investigative, expert, or other services necessary for adequate representation may request them in an ex parte application. Upon finding, after appropriate inquiry in an ex parte proceeding, that the services are necessary and that the person is financially unable to obtain them, the court, or the United States magistrate judge if the services are required in connection with a matter over which he has jurisdiction, shall authorize counsel to obtain the services.

I do not know if the judge will allow this or if the government will object, but please motion the judge if I could surrender myself directly to Bunter vs the US Marshal and return from Bunter in the same manner—it is either yes or no.

    a. This would mean I would provide my own transportation

    b. I assume that I would have to go by Amtrak and then a bus due to ankle bracelet.

    c. I would provide the court with receipt of ticket for Amtrak and bus ticket prior to leaving, if approved

JURY - 16

> In the order, the judge wrote quickest way to transport me to an FMC institution, so I do not see the problem because I will surrender myself to any FMC that is told me to go for 60 days.
>
> Plus, I get 3 points reduction if I show at the BOP on my own accord—this is only for the BOP and nothing else
>
> In Mosely, 277 F. Supp. 3d at 1300, the defendant opposed being transported and committed to the BOP facility for the mental-health evaluation…put in both but I only oppose the transportation

## Count 1

1. Those with judicial immunity and prosecutorial immunity provide me equal protection of laws and not depriving me of my civil rights for Randi Weingarten, Sen. Schumer, and Judge Cogan, as I have AUSAs saying that my rights are being taken from me and being given to Randi Wiengarten and Judge Cogan because they said it is OBVIOUS
2. To provide me with a fair trial and hearings
3. For the AUSAs of EDNY to stop conspiring with Judge Engelmayer, Judge Cogan and Randi Weingarten to deprive me rights, which I do have AUSAs saying this
4. For senior leadership of the AUSAs of EDNY, they need to deal with AUSA Karamigous and AUSA Bensing making misrepresentation to the court (see docket) and presenting false report from law enforcement, as 90 AUSAs around this country have the audios to know Officer Lombardo wrote a false report
5. A stay on reporting to FMC Kentucky because Judge Engelmayer said, "it was planned this way" and the audios will confirm the collusion between Judge Engelmayer and Ms. Kellman

## Count 2

6. 42 USC § 1983 claim against Judge Engelmayer, Mr. Perez, Ms. Kellman, Mr. Silverman, Officer Lombardo, AUSA Karamigious, as they conspired to deprive me liberty and a fair trial
7. The court will decide if Judge Engelmayer lost judicial immunity on April 6, 2021, when he practiced law under 28 USC § 454 because he told me what my intent will be and then had it edited out of the transcript, which Mr. Perez
8. AUSA Karamigious and Bensing have prosecutorial immunity
9. Over 90 AUSAs have the audios to prove this count

## Count 3

10. 42 USC § 1983 claim against Judge Engelmayer who allowed Mr. Silverman to collude with Judge Cogan and Randi Weingarten, as he did not allow me to play my audio, because Mr. Silverman said that he did not do his job because of Judge Cogan and Randi Weingarten
11. Over 90 AUSAs have the audio to prove this count

## Count 4

12. The AUSA received emails from me prior May 4, 2022
13. They have knowledge that I was deprived equal protection of the laws and required by policy[9] and Supreme Court to protect my civil rights and provide me equal protection
14. After reading the transcript, they will know that AUSA Karamigious suborned perjury and presented a false report to the court with the help of Judge Seibel

---

[9] I know DOJ policy provides with no right to claim and the Supreme Court wrote it, too.

JURY - 18

15. They have knowledge, via audios, that Judge Engelmayer deprived me of free will to plead guilty and that Mr. Perez is coving it up with the help of Judge Seibel, Judge Cooper, and Judge Swain
16. They have knowledge, via audios, that Mr. Silverman did not do his job for me because of Judge Cogan and Randi Weingarten with the help of Judge Engelmayer,[10] Judge Cooper, Judge Swain, and Judge Seibel
17. They know that senior leadership, AUSA Karamigious, and AUSA Bensing are subjected to 28 USC § 530b (McDade Act)

Count 5
42 USC § 1985

18. Interfered with my rights to a free trial
19. To make decisions freely
20. Interfered with employment
21. Reaches private citizens

FTC/Title VI

22. Probation discriminated against me

I need for Engtelmayer to recuse himself prior to me filing any habeas corpus because I have HIV drug resistance because he helped Randi

Dated this 209st of Sept, 2024

/s/ Lucio Celli

Lucio Celli, Defendant

---

[10] Judge Engelmayer said that he was protecting Mr. Silverman on May 4, 2022

JURY - 19

JURY - 20