# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Celli v. ~~NYC DOE~~ Garland et al    case no. ~~24-CV-07443~~

24-CV-7442

Re: Motion to issue summons either to the US Marshals or me.

Dear Judge Rearden,

I respectfully move for the issuance of summonses to either myself or to the US Marshals in the case of NYS wage theft allegedly committed by Randi Weingarten. The prolonged delay in addressing this matter has allowed Randi Weingarten to potentially evade accountability for her actions. It is imperative that swift action is taken to ensure justice is served.

Furthermore, I am concerned that the appearance of Your Honor being politically influenced by Senator Gillibrand in this case may constitute a violation of the code of conduct for judges. It is essential that the integrity and impartiality of the judicial process are maintained in order to uphold the rule of law.

**Please Take Notice**, Sen. Schumer, Sen. Gillibrand, and Randi Weingarten form a trinity that cannot be ignored.

I urge Your Honor to promptly issue summonses and proceed with the necessary legal proceedings to hold Randi Weingarten accountable for any potential wage theft that may have occurred.

Thank you for your attention to this matter.
Sincerely,
Lucio Celli
89 Widmer Road
Wappingers Falls, NY 12590
718-547-9675 or 929-429-0155
Lucio.Celli.12@gmail.com

1/10/24

S.D. OF N.Y.W.P.
2025 JAN 10 PM 4:32
U.S. DISTRICT COURT
FILED