# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

*2024-cv-09743*

24-cv-7442

Denied as frivolous and vexatious.

SO ORDERED:

4/17/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Lucio Celli,

Plaintiff,

v.

New York City et al, or Pres Trump

Defendants.

MOTION TO COMPEL FINANCIAL DISCLOSURE AND REQUEST FORENSIC AUDIT BASED ON JUDICIAL MISCONDUCT AND POLITICAL INFLUENCE IN EMPLOYMENT MATTERS

COMES NOW Plaintiff, pro se, and respectfully moves this Court to:

1. Compel full **financial disclosure** from Judges **Engelmayer, Rearden, Wolfe, and Livingston**;
2. Appoint a **neutral forensic accountant** to conduct a financial and conflict-of-interest audit;
3. Investigate improper **political coordination between federal judges and U.S. Senators Chuck Schumer and Kirsten Gillibrand**;
4. Refer ethical and legal violations for review to the **Judicial Council, Department of Justice**, and **Congressional Ethics Committees**.

---

## I. Grounds for Relief – Political Influence and Judicial Misconduct

Plaintiff alleges the following:

1. **Randi Weingarten**, a powerful union official, received **judicially assisted employment decisions and legal protection** as a result of **undue influence** from Senators Schumer and Gillibrand;