UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIO CELLI,

                      Plaintiff,

            -v.-

AG BONDI AND THE AUSA OF YOUR DISTRICT, et al.,

                      Defendants.

24 Civ. 7442 (JHR)

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

JENNIFER H. REARDEN, District Judge:

This action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Habeas Corpus |
| | | ☐ | Social Security |
| ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ All such motions: ____ | ☐ | Inquest After Default/Damages Hearing |
| | | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | General Pretrial & Dispositive Motions (all purposes except trial) | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ☒ | Specific Non-Dispositive Motion/Dispute: **ECF Nos. 23 and 24** | | |
| ☐ | Settlement | | |

SO ORDERED.

Dated: June 29, 2025
       New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge