# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

*25-cv-6939/ 25-cv-4505/2024-cv-09743/25-cv-2031/24-cv-7442*

Lucio Celli,

Plaintiff,

v.

New York City et al,

Defendants.


At the present time, my address is 89 Widmer Road Wappingers Falls, NY 12590 until Sept 30, 2025

My new address will be 39 Aveonis Court Fishkill, NY 12524 from Oct 1, 2025, onwards

If the Court wants to use 100 Widmer Road Wappinger Falls, NY 12590, then I am ok with it because my brother and his family live there.


Respectfully submitted,

Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
929-429-0155
Lucio.Celli.12@gmail.com

## Certificate of Service

I hereby certify that on [Date], a copy of the foregoing Motion to [Specify Relief Sought] was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

[Attorney's Name]